UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM WINNINGHAM,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY, *et al*.,<br><br>　　　　　　　　　Defendants. | Case No. C14-1052-RAJ<br><br>ORDER DISMISSING ACTION |

　　　　The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　　　(1)　　The Court adopts the Report and Recommendation.

　　　　(2)　　This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

//

//

//

//

ORDER DISMISSING ACTION - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address and to Judge Donohue.

DATED this 6th day of January, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 2